NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7059

ROY C. TALLEY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-3478, Chief Judge William P. Greene, Jr.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Upon consideration of Roy C. Talley's motion for an extension of time to file his brief,

IT IS ORDERED THAT:

The motion is granted. Talley's brief is due within 60 days of the date of filing of this order.

FOR THE COURT

MAY 1 8 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Roy C. Talley (Rules of Practice, informal brief form enclosed)
William P. Rayel, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK